IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICIA POCRATSKY,                  )
        Plaintiff,                   )
                                     )
        v.                           )   Civil Action No. 09-726
                                     )
POWEREX, INC.,                       )
        Defendant.                   )

## ORDER

AND NOW, this 18th day of June, 2009, upon consideration of plaintiff's Motion for Consolidation [document #3], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

1.  Civil Action No. 09-727 is consolidated with Civil Action No. 09-726 the lead case captioned above.

2.  All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 09-726.

3.  The Clerk of Court shall close Civil Action No. 09-727.

BY THE COURT:

_____, J.
Hon. Gary L. Lancaster,
United States District Judge

cc:  All Counsel of Record